IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Cheryl Inabinet, personally and as Personal Representative for the Estate of Joseph Inabinet, Brittany Inabinet, Valerie Inabinet, and Seth Inabinet, | Case No.: 6:19-cv-01501-TMC-KFM |
| Plaintiffs, | **STIPULATION OF DISMISSAL** |
| vs. | |
| The Greenville County Sheriff's Office, Former Sheriff Will Lewis, Greenville County, Master Deputy Kevin James Azzara, Master Deputy Ivan Rodriguez, Deputy Jared Randall Oliver, and Deputy Juan Jose Olalde, | |
| Defendants. | |

This matter having been settled by and between the parties,

NOW, THEREFORE, pursuant to Local Civ. Rule 16.08 (D.S.C.), the parties hereby stipulate that this matter be dismissed with prejudice, each party to bear its own costs.

**For Plaintiffs:**

s/Helena L. Jedziniak					Date: February 28, 2020
Joshua T. Hawkins, Esquire (Federal Bar #11418)
Helena L. Jedziniak, Esquire (Federal Bar #12809)
Hawkins & Jedziniak, LLC
1225 South Church Street
Greenville, SC 29605
(864) 275-8142
(864) 752-0911 fax
josh@hjllcsc.com
helena@hjllcsc.com

Attorneys for Plaintiffs

**For Defendants:**

s/James P. Walsh_____                    Date:   February 28, 2020
James P. Walsh, Esquire (Federal Bar No.:  5636)
P. Christopher Smith, Jr., Esquire (Federal Bar No.:  9921)
Clarkson, Walsh & Coulter, P.A.
P. O. Box 6728
Greenville, SC  29606
(864) 232-4400
(864) 235-4399 fax
jwalsh@clarksonwalsh.com
csmith@clarksonwalsh.com

Attorneys for Defendants